JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMA WILLIS JAMISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. No. 2:23-cv-09212-SB-MRW<br><br>**FINAL JUDGMENT** |

On August 30, 2024, the Court granted summary judgment for Defendant on Plaintiff's Unruh Civil Rights Act and intentional infliction of emotional distress claims. Dkt. No. 55. On October 1, 2024, the jury rendered a verdict in favor of Defendant on Plaintiff's remaining defamation claim. Dkt. No. 90.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendant and against Plaintiff.

It is further ORDERED that Plaintiff shall recover nothing in this action.

It is further ORDERED that Defendant shall recover from Plaintiff its costs in this action.

Dated: October 9, 2024

Stanley Blumenfeld, Jr.
United States District Judge