UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMA WILLIS JAMISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-09212-SB (MRWx)<br><br>**ORDER ON STIPULATION RE DISMISSAL AND DEFENDANT COSTCO WHOLESALE CORPORATION'S COSTS** |

　　　The Court entered a final judgment in this matter on October 9, 2024. Dkt. No. 93. Pursuant to the parties' stipulation, costs are awarded against Plaintiff and in favor of Defendant in the amount of $5,097.46.[1]

　　　Dated: November 13, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Defendant's application to the clerk to tax costs, Dkt. No. 94, is hereby denied as moot.